# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | |
| IRBIN LUNA ORTIZ | CASE NUMBER: 2:06mj24-DRB |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    IRBIN LUNA ORTIZ
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

> unlawfully seizing, confining, inveigling, decoying, kidnapping, abducting, and carrying away and holding for ransom and reward a person, and did willfully transport that person in interstate and foreign commerce,

in violation of Title __18__, United States Code, Section(s) __1201(a)(1)__.

DELORES R. BOYD
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

03/02/06    Montgomery, AL
Date and Location

*[Stamp: RECEIVED 2006 MAR -3 P 3:13 UNITED STATES MARSHAL SERVICE MIDDLE ALABAMA]*

*[Stamp: RETURNED AND FILED MAR - 6 2006 CLERK U.S. DISTRICT COURT MIDDLE DIST. OF ALA]*

(By) Deputy Clerk

Bail fixed at $_____ by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 3/3/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/1/06 | FBI Grants, NM | By: Debi Brower |

AO 442 (Rev. 5/81) Warrant for Arrest