TERMED

U.S. District Court
for the District of New Mexico (Albuquerque)

CRIMINAL DOCKET FOR CASE #: 06-M -130-ALL

USA v. Leyva, et al
Dkt# in other court: None

Filed: 03/03/06

Case Assigned to:  Magistrate Judge Robert Hayes Scott

BENJAMIN LEYVA (1)
    defendant
    [term  03/08/06]

Joseph W. Gandert, Esq.
    [term  03/08/06]
FTS 346-2494
(505) 346-2489
[COR LD NTC pda]
Federal Public Defender's
Office
111 Lomas, Blvd, NW
#501
Albuquerque, NM 87102
(505) 346-2489
FTS 346-2494

Pending Counts:

    NONE

Terminated Counts:

    NONE

Complaints:

    NONE

=========================

CERTIFIED a True Copy of the
original filed in my office.
                 Clerk
by                  
            Deputy

Proceedings include all events.                                    TERMED
1:06m 130-ALL USA v. Leyva, et al

Case Assigned to:  Magistrate Judge Robert Hayes Scott

IRBIN LUNA ORTIZ (2)              Kenneth A. Gleria, Esq.
     defendant                      [term  03/08/06]
  [term  03/08/06]                FTS 242-5188
                                  [COR LD NTC cja]
                                  1008 5th NW
                                  Albuquerque, NM 87102
                                  (505) 243-7843
                                  FTS 242-5188


Pending Counts:

    NONE


Terminated Counts:

    NONE



Complaints:

    NONE


U. S. Attorneys:

    NONE

Proceedings include all events.                                    TERMED
1:06m 130-ALL USA v. Leyva, et al

3/3/06    1    RULE 40 Documents received from Middle District of Alabama
               as to Benjamin Leyva, Irbin Luna Ortiz; complaint and
               warrants (mk) [Entry date 03/03/06]

3/3/06    2    CLERK'S MINUTES:  before Magistrate Judge Robert H. Scott
               initial/first appearance of Benjamin Leyva and Irbin Luna
               Ortiz on Criminal Complaint from the Middle District of
               Alabama; detention/identity hearing set for 3/6/06 at 9:30
               am; defts held in custody of USMS Tape #: FTR-Hondo @
               11:16 am Interpreter: R. Bustos* (kd) [Entry date 03/03/06]

3/3/06    3    ORDER of Temporary Detention as to deft Benjamin Leyva by
               Magistrate Judge Robert H. Scott pending hearing (cc: all
               counsel)* (kd) [Entry date 03/03/06]

3/3/06    4    ORDER by Magistrate Judge Robert H. Scott for deft
               Benjamin Leyva appointing atty Joseph W. Gandert (cc: all
               counsel)* (kd) [Entry date 03/03/06]

3/3/06    5    ORDER of Temporary Detention as to deft Irbin Ortiz by
               Magistrate Judge Robert H. Scott pending hearing (cc: all
               counsel) * (kd) [Entry date 03/03/06]

3/3/06    6    CJA Form 20 Copy 4 (Appointment of Counsel) for defendant
               Irbin Luna Ortiz appointing Kenneth A. Gleria (mlg)
               [Entry date 03/06/06]

3/6/06    7    COMMITMENT to District of Alabama for Benjamin Leyva by
               Magistrate Judge W. D. Schneider (ma) [Entry date 03/07/06]

3/6/06    8    COMMITMENT to District of Alabama for Irbin Luna Ortiz by
               Magistrate Judge W. D. Schneider (ma) [Entry date 03/07/06]

3/6/06    9    WAIVER of identity hearing by Benjamin Leyva (mlg)
               [Entry date 03/08/06]

3/6/06    10   WAIVER of identity hearing by Irbin Luna Ortiz (mlg)
               [Entry date 03/08/06]

3/6/06    11   CLERK'S MINUTES:  before Magistrate Judge W. D. Schneider
               both defts waive identity hearing but request preliminary
               hearing in the prosecuting district; both defts remain in
               custody for commitment to the Middle District of Alabama
               Tape #: FTR-Gila @ 9:53 am Interpreter: R. Bustos * (mlg)
               [Entry date 03/08/06]

3/8/06    --   LETTER to Clerk, USDC Middle District of Alabama
               transmitting original pleadings (mlg) [Entry date 03/08/06]

# CLERK'S MINUTES OF HEARING

HEARINGS BEFORE: **US MAGISTRATE JUDGE W. DANIEL SCHNEIDER**

KIND OF HEARING **IDENTITY/DETENTION HEARING ON WARRANT FROM MIDDLE DISTRICT OF ALABAMA**

**DEFENDANTS:**

**BENJAMIN LEYVA-01***
**IRBIN LUNA ORTIZ-02***

CASE NO. **06 M 130**

DATE: March 6, 2006

**NAMES AND TITLES OF OTHER PARTICIPANTS:**

**Rhonda Backinoff**   AUSA

**01-Joe Gandert** -AFPD
**02-Kenneth Gleria** -CJA

**Andrew Selph** PTS/PROB

***R Bustos** Interpreter

| TAPE NO. | SPEAKER | TAPE NO. | SPEAKER |
|----------|---------|----------|---------|
| FTR-GILA *@ 9:53 AM* | Ct<br>Deft-1<br>Deft-2<br>Govt | | |

**HEARING RESULTS/FINDINGS:**

**X**   Defendants waives Identity hearing but request Preliminary Hearing in the prosecuting district

**X**   Defendants stipulate to detention at this time.

☐   Court finds probable cause.

**X**   Defendant(s) in custody

☐   Conditions of Release set at:

**X**   Other: Defendants are remanded to custody of USMS for removal to the Middle District of Alabama

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE DISTRICT OF   NEW MEXICO
                    NEW MEXICO

MAR - 6 2006

UNITED STATES OF AMERICA

**MATTHEW J. DYKMAN**

v.

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

Irbin Luna-Ortiz

_____
Defendant

CLERK CASE NUMBER: 06 -M-130

CHARGING DISTRICTS
CASE NUMBER: 2:06 mj 24 - DRB

I understand that charges are pending in the ___Middle___ District of ___Alabama___

alleging violation of ___18 U.S.C. § 1201 (a)(1)___   and that I have been arrested in this district and

(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)    Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

## I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(✗)  identity hearing

(   )  preliminary hearing

(✓)  identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Irvin Luna Ortiz
*Defendant*

_3 - 6 - 06_
_____
*Date*

_____
*Defense Counsel*


10

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR ~~DISTRICT~~ 2006 OF                    NEW MEXICO

UNITED STATES OF AMERICA

MATTHEW J. DYKMAN **WAIVER OF RULE 5 & 5.1 HEARINGS**
CLERK                (Complaint/Indictment)

V.

Benjamin Leyra

_____Defendant_____

CASE NUMBER: ___O6M130___

CHARGING DISTRICTS
CASE NUMBER: ___2:06 mj 24-DMB___

I understand that charges are pending in the ___Middle___ District of ___Alabama___ alleging violation of ___18 U.S.C. 1201(a)(1) Kidnapping___ and that I have been arrested in this district and
(Title and Section)

taken before a judge,  who has informed me of the charge(s) and  my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;  .

(3)    a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)    Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(   )  identity hearing

(   )  preliminary hearing

( ✓ )  identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

___Benjamin Leiva___
_____Defendant_____

___March 6, 2006___
_____Date_____

_____Defense Counsel_____

9

# United States District Court
# District of New Mexico

## Document Verification

| | |
|---|---|
| **Case Title:** | **USA v. Leyva, et al.** |
| **Case Number:** | **06m 00130** |
| **Office:** | |

### Document Information

| | |
|---|---|
| **Number:** | 8 |
| **Description:** | COMMITMENT to District of Alabama for Irbin Luna Ortiz by Magistrate Judge W. D. Schneider |
| **Size:** | 1 page (10k) |

| **Date Received:** | 03/06/2006 04:52:39 PM | **Date Filed:** | 03/06/2006 | **Date Entered On Docket:** 03/07/2006 |
|---|---|---|---|---|

### Court Digital Signature     [View History]

5e cc 84 8f a1 18 1f ba 49 3d b0 3f ce 7b 32 ec a9 fa 5b 8a e6 ae 52 1c f6 48 1f 53 78 9d 74 dc 00 2e 8c a4 08 65 5e 5d 41 51 14 19 e4 78 09 e7 a9 66 17 f0 e3 da da b3 38 f4 6e 86 04 4c de 6f bd 2b 2e 7f 87 1d d9 a0 cb bd 48 0d 01 6a a7 18 19 22 22 92 0c 7c 6a cf 17 9b 74 fb 1d 3b fb b9 28 7b 16 b4 51 74 fb e3 07 62 d8 f5 ef 99 2e 2c fc 7e 52 5e 63 97 79 ab 97 5c f5 53 56 41 8d 16

### Filer Information

| | |
|---|---|
| **Submitted By:** | Mark Kokesh |
| **Comments:** | ORDER by Magistrate Judge W. Daniel Schneider commitment to Middle District of Alabama as to Irbin Luna Ortiz |

**Digital Signature:** The Court's digital signature is a verifiable mathematical computation unique to this document and the Court's private encryption key. This signature assures that any change to the document can be detected.

**Verification:** This form is verification of the status of the document identified above as of *Wednesday, March 8, 2006*. If this form is attached to the document identified above, it serves as an endorsed copy of the document.

**Note:** Any date shown above is current as of the date of this verification. Users are urged to review the official court docket for a specific event to confirm information, such as entered on docket date for purposes of appeal. Any element of information on this form, except for the digital signature and the received date, is subject to change as changes may be entered on the Court's official docket.

AO 94 (Rev. 8/97) Commitment to Another District

# United States District Court
## District of New Mexico

UNITED STATES OF AMERICA

vs.

IRBIN LUNA ORTIZ

COMMITMENT TO ANOTHER
DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 06M130 | 2:06mj24-DRB |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Other (specify)

**charging a violation of**    18  U.S.C. §  1201(a)(1)

**DISTRICT OF OFFENSE**    Middle District of Alabama

**DESCRIPTION OF CHARGES**    Kidnaping

**CURRENT BOND STATUS:**    ☐ Bail fixed at                    and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of
☐ Offense
☐ Other (specify)

| **Representation:** | ☐ Retained Own Counsel | ☒ Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

| **Interpreter Required?** | ☐ No | ☒ Yes | Language: Spanish |
|---|---|---|---|

District of New Mexico

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| March 6, 2006 | /s/ W Daniel Schneider, U.S. Magistrate Judge |
|---|---|
| Date | United States Judge or Magistrate Judge |

### RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | | DATE DEFENDANT COMMITTED |
|---|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL | |

# United States District Court
## District of New Mexico

## Document Verification

**Case Title:**   **USA v. Leyva, et al.**
**Case Number:**  **06m 00130**
**Office:**

### Document Information

**Number:**        7

**Description:**   COMMITMENT to District of Alabama for Benjamin Leyva by Magistrate Judge W. D. Schneider

**Size:**          1 page (10k)

| Date Received: | 03/06/2006 04:51:39 PM | Date Filed: | 03/06/2006 | Date Entered On Docket: 03/07/2006 |
|---|---|---|---|---|

### Court Digital Signature                                      [ View History ]

64 8f 2c 93 84 b4 57 26 0e ce 47 b9 36 42 db aa 9e ee 4c 24 6a 8b e6 76 e5 09 81 55 a8 6c fd bd 4b
37 8a 36 b1 30 94 5d 72 ca aa ce 9e 58 ba 33 bf 20 5f 8c 00 75 54 71 3a 5f c2 10 3d 81 4e cc fb 7a
9e 42 d8 cb 28 fc 88 5e 65 2a 7e e3 f0 01 c6 9f cb e5 0f 0d 6f 56 bb 02 4b 75 06 18 c1 6d fd b6 08
7d ae 67 24 6c de b7 34 c2 9e 5e d4 b5 a6 73 65 62 f0 fd 0e 03 67 92 56 cd 20 71 42 11

### Filer Information

**Submitted By:**   Mark Kokesh

**Comments:**       ORDER by Magistrate Judge W. Daniel Schneider commitment to Middle District of Alabama as to Benjamin Leyva

**Digital Signature:** The Court's digital signature is a verifiable mathematical computation unique to this document and the Court's private encryption key. This signature assures that any change to the document can be detected.

**Verification:** This form is verification of the status of the document identified above as of *Wednesday, March 8, 2006*. If this form is attached to the document identified above, it serves as an endorsed copy of the document.

**Note:** Any date shown above is current as of the date of this verification. Users are urged to review the official court docket for a specific event to confirm information, such as entered on docket date for purposes of appeal. Any element of information on this form, except for the digital signature and the received date, is subject to change as changes may be entered on the Court's official docket.

AO 94 (Rev. 8/97) Commitment to Another District

# United States District Court
## *District of New Mexico*

UNITED STATES OF AMERICA

vs.

BENJAMIN LEYVA

COMMITMENT TO ANOTHER
DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 06M130 | 2:06mj24-DRB |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment ☐ Information ☒ Complaint ☐ Other (specify)

**charging a violation of**    **18 U.S.C. § 1201(a)(1)**

| | |
|---|---|
| **DISTRICT OF OFFENSE** | **Middle District of Alabama** |

**DESCRIPTION OF CHARGES**    Kidnaping

**CURRENT BOND STATUS:**
☐ Bail fixed at          and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of
☐ Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel ☒ Federal Defender Organization ☐ CJA Attorney ☐ None

**Interpreter Required?** ☐ No ☒ Yes    Language: Spanish

District of New Mexico

## TO: THE UNITED STATES MARSHAL

     You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| March 6, 2006 | /s/ W Daniel Schneider, U.S. Magistrate Judge |
|---|---|
| Date | United States Judge or Magistrate Judge |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER | |
|---|---|---|---|
| NMX | Ortiz, Irbin .a | | |
| **3. MAG. DKT./DEF. NUMBER** | **4. DIST. DKT./DEF. NUMBER** | **5. APPEALS DKT./DEF. NUMBER** | **6. OTHER DKT. NUMBER** |
| 1:06-000130-002 | | | |
| **7. IN CASE/MATTER OF** (Case Name) | **8. PAYMENT CATEGORY** | **9. TYPE PERSON REPRESENTED** | **10. REPRESENTATION TYPE** (See Instructions) |
| U.S. v. Ortiz | Felony | Adult Defendant | Criminal Case |

**11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)** If more than one offense, list (up to five) major offenses charged, according to severity of offense.

1) 18 1201.F -- KIDNAPPING

**12. ATTORNEY'S NAME** (First Name, M.I., Last Name, including any suffix) **AND MAILING ADDRESS**

GLERIA, KENNETH A.
1008 Fifth St. NW
ALBUQUERQUE NM 87102

Telephone Number: (505) 243-7843

**14. NAME AND MAILING ADDRESS OF LAW FIRM** (only provide per instructions)

**13. COURT ORDER**

- ☒ O Appointing Counsel
- ☐ F Subs For Federal Defender
- ☐ P Subs For Panel Attorney
- ☐ C Co-Counsel
- ☐ R Subs For Retained Attorney
- ☐ Y Standby Counsel

Prior Attorney's Name: ____________

Appointment Date: ____________

☐ Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, or

☐ Other (See Instructions)

Signature of Presiding Judicial Officer or By Order of the Court

03/03/2006
Date of Order

Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of appointment. ☐ YES ☐ NO

**CLAIM FOR SERVICES AND EXPENSES** | **FOR COURT USE ONLY**

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. In Court | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ ) TOTALS: | | | | | |
| 16. Out of Court | a. Interviews and Conferences | | | | | |
| | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ ) TOTALS: | | | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |
| | **GRAND TOTALS (CLAIMED AND ADJUSTED):** | | | | | |

**19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE**
FROM ____________ TO ____________

**20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION**

**21. CASE DISPOSITION**

**22. CLAIM STATUS** ☐ Final Payment ☐ Interim Payment Number ______ ☐ Supplemental Payment

Have you previously applied to the court for compensation and/or remimbursement for this case? ☐ YES ☐ NO If yes, were you paid? ☐ YES ☐ NO

Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation? ☐ YES ☐ NO If yes, give details on additional sheets.

I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: ____________ Date: ____________

**APPROVED FOR PAYMENT — COURT USE ONLY**

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|
| | | | | |

| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 28a. JUDGE / MAG. JUDGE CODE |
|---|---|---|
| | | |

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | | | | |

| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | DATE | 34a. JUDGE CODE |
|---|---|---|
| | | |

0

# United States District Court

## District of New Mexico

## Document Verification

| | |
|---|---|
| **Case Title:** | USA v. Leyva, et al. |
| **Case Number:** | 06m 00130 |

| Document Information | |
|---|---|
| **Number:** | 5 |
| **Description:** | ORDER by Magistrate Judge Robert Hayes Scott of temporary detention as to Irbin Luna Ortiz |
| **Size:** | 1 pages (21k) |

| Date Received: | Date Filed: | Date Entered On Docket: |
|---|---|---|
| 03/03/2006 | 03/03/2006 | null |

| Court Digital Signature |
|---|
| 56 71 11 ab 83 4b 2a ab 80 da 1a 66 7d e6 f5 96 b5 4d 7b 8f bd 9a 41 87 d0 3f d3 1d 13 38 7c 01 23 97 2d 73 4b f3 b5 d6 98 fb 38 62 99 6e 6e ee bd 94 a9 66 f8 52 80 fe 22 42 05 4c 70 0c 2d 70 b6 56 6f c7 ff ef 2a a2 46 a9 c7 79 96 a0 d3 d7 47 a7 21 e4 e5 af 15 af 71 c5 c6 d8 73 e7 ef 58 de bb f3 eb 59 9f 8b 42 0c 1a e3 d6 5d 54 6d 62 9e 4d a2 ff 78 b5 a6 81 fc 3b f8 15 7b dc b3 20 |

**Digital Signature:** The Court's digital signature is a verifiable mathematical computation unique to this document and the Court's private encryption key. This signature assures that any change to the document can be detected.

**Verification:** This form is verification of the status of the document identified above as of March 03, 2006. If this form is attached to the document identified above, it serves as an endorsed copy of the document.

**Note:** Any date shown above is current as of the date of this verification. Users are urged to review the official court docket for a specific event to confirm information, such as entered on docket date for purposes of appeal.

Any element of information on this form, except for the digital signature and the received date, is subject to change as changes may be entered on the Court's official docket.

AO 470 (Rev. D/NM 1/95) Order of Temporary Detention

# United States District Court

## District of New Mexico

UNITED STATES OF AMERICA

V.

**IRBIN LUNA ORTIZ**
)))))))))))))))))))

Defendant

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Case Number: **06-M-130**

Upon motion of the    UNITED STATES OF AMERICA    , it is ORDERED that a
)))))))))))))))))))))))

detention hearing is set for **Monday, March 6, 2006**    * at   **9:00 a.m.**
)))))))))))))                                          )))))))))))))))))))))

before    **Honorable W. Daniel Schneider**
)))))))))))))))))))))))))))))))))))))))))))))           Date                    Time

Name of Judicial Officer

Albuquerque, New Mexico
))))))))))))))))))))))))))))))))))))))))))))))))))))))

Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) (
))))))))))

))))))))))))))))))))))))))))))))))           )    and produced for the hearing.

Other Custodial Official

Date:  **March 3, 2006**
)))))))))))))))))))))

Robeet Hayes Scott
)))))))))))))))))))
                                            Judicial Officer
**ROBERT H. SCOTT**
**U.S. Magistrate Judge**

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days
upon motion of the defendant. 18 U.S.C.§3142(f)(2).

   A hearing is required whenever the conditions set forth in 18 U.S.C.§3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only
by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's
own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt
to threaten, injure, or intimidate a prospective witness or juror.

# United States District Court

## District of New Mexico

## Document Verification

**Case Title:**     USA v. Leyva, et al.
**Case Number:**   06m 00130

| Document Information | | |
|---|---|---|
| **Number:** | 4 | |
| **Description:** | ORDER by Magistrate Judge Robert Hayes Scott appointing attorney Joseph Gandert to Defendant Benjamen Leyva | |
| **Size:** | 1 pages (18k) | |

| Date Received: | Date Filed: | Date Entered On Docket: |
|---|---|---|
| 03/03/2006 | 03/03/2006 | null |

| Court Digital Signature |
|---|
| 71 5a 66 81 34 d2 50 a8 4b f7 84 10 af 84 73 ba dc ee 9f e4 67 dd 5a ed d2 a4 0c 86 9f 22 63 1e 0b d6 8f 21 bb 9b df 9b 8d 68 7a 1b de b4 33 1e 24 90 21 1d de cc 88 6c 6a e7 f6 0d 02 4b 4b c0 31 15 1c 82 0d 00 c9 ab a7 0f b2 11 8d b6 69 48 4b 0d 07 df 95 76 9e 4b 75 ac 4c b9 2f f9 f8 e9 80 a6 24 43 5c ea 0c f7 fc 98 69 6b 99 4c b2 87 6a 97 b5 2b 98 4e 91 61 76 40 88 e1 43 0e d9 3a |

**Digital Signature:** The Court's digital signature is a verifiable mathematical computation unique to this document and the Court's private encryption key. This signature assures that any change to the document can be detected.

**Verification:** This form is verification of the status of the document identified above as of March 03, 2006. If this form is attached to the document identified above, it serves as an endorsed copy of the document.

**Note:** Any date shown above is current as of the date of this verification. Users are urged to review the official court docket for a specific event to confirm information, such as entered on docket date for purposes of appeal.

Any element of information on this form, except for the digital signature and the received date, is subject to change as changes may be entered on the Court's official docket.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

       Plaintiff,

  vs.

**BENJAMEN LEYVA,**

       Defendant.

                                CRIM. NO.
                       MAGISTRATE NO. **06-M-130**

## O R D E R

       The financial inability of the Defendant to retain counsel having been established by the Court, and the Defendant not having waived the appointment of counsel,

       IT IS ORDERED that **JOSEPH GANDERT**, of the Federal Public Defender Organization, District of New Mexico, is hereby appointed to represent said Defendant in this cause of action until further order of the Court.

       IT IS FURTHER ORDERED that the question of reimbursement, if any, which may be assessed against Defendant for the services of an attorney will be deferred.

                                _Robert Hayes Scott_
                          UNITED STATES MAGISTRATE JUDGE

## N O T I C E

       A **Detention/Rule 40/Identity hearing** is set for **Monday, March 6, 2006 at 9:00 a.m.**, before the Honorable **W. Daniel Schneider**, United States Magistrate Judge, Albuquerque, New Mexico.

# United States District Court

## District of New Mexico

## Document Verification

**Case Title:**      USA v. Leyva, et al.
**Case Number:**     06m 00130

| Document Information | | |
|---|---|---|
| **Number:** 3 | | |
| **Description:** ORDER by Magistrate Judge Robert Hayes Scott of temporary detention as to Benjamen Leyva | | |
| **Size:** 1 pages (21k) | | |
| **Date Received:** 03/03/2006 | **Date Filed:** 03/03/2006 | **Date Entered On Docket:** null |
| Court Digital Signature | | |
| 3b 37 0a ac a3 aa 4d c3 0d db 9b e6 14 ea c5 17 28 99 dd 87 22 be 84 b7 b4 54 3e b2 f9 49 3d 71 68 66 57 e1 97 5f 2d 61 f9 8e 4d 45 36 07 35 c6 3e 52 a0 81 6b c2 22 fa 4d 78 2c 5a 33 96 45 44 12 02 f4 a2 2d 19 40 d7 53 fd 11 c4 30 47 35 44 78 6f 03 d6 41 71 85 c3 ab 8f ee 4b f9 cd f7 a1 69 89 d4 8a b2 0a 24 45 d1 1a ef 2d 61 bf ba 88 26 5d ab 59 dc 15 b0 b1 d6 44 4d cc 5c 13 4a fb | | |

**Digital Signature:** The Court's digital signature is a verifiable mathematical computation unique to this document and the Court's private encryption key. This signature assures that any change to the document can be detected.

**Verification:** This form is verification of the status of the document identified above as of March 03, 2006. If this form is attached to the document identified above, it serves as an endorsed copy of the document.

**Note:** Any date shown above is current as of the date of this verification. Users are urged to review the official court docket for a specific event to confirm information, such as entered on docket date for purposes of appeal.

Any element of information on this form, except for the digital signature and the received date, is subject to change as changes may be entered on the Court's official docket.

AO 470 (Rev. D/NM 1/95) Order of Temporary ation

# United States District Court

## District of New Mexico

UNITED STATES OF AMERICA

V.

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

**BENJAMEN LEYVA**
)))))))))))))))))))
        Defendant

Case Number:  **06-M-130**

Upon motion of the     UNITED STATES OF AMERICA         , it is ORDERED that a
)))))))))))))))))))))

detention hearing is set for   **Monday, March 6, 2006**     * at   **9:00 a.m.**
)))))))))))))                 )))))))))))))))))))))

              Date                          Time

before    **Honorable W. Daniel Schneider**
))))))))))))))))))))))))))))))))))))))))))

                          Name of Judicial Officer
                    Albuquerque, New Mexico
)))))))))))))))))))))))))))))))))))))))))))))))))))))

                           Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) (
                                             )))))))))))
                                               )   and produced for the hearing.
)))))))))))))))))))))))))))))))))))

                   Other Custodial Official

Date:   **March 3, 2006**
)))))))))))))))))))))))

                                   *Robert Hayes Scott*
                             )))))))))))))))))))
                                       Judicial Officer
                              **ROBERT H. SCOTT**
                              **U.S. Magistrate Judge**

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C.§3142(f)(2).

    A hearing is required whenever the conditions set forth in 18 U.S.C.§3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

# United States District Court

## District of New Mexico

## Document Verification

**Case Title:**    USA v. Leyva, et al.
**Case Number:**   06m 00130

| Document Information | | |
|---|---|---|
| **Number:** | 2 | |
| **Description:** | CLERK'S MINUTES of initial presentment as to Benjamen Leyva and Irbin Luna Ortiz before Magistrate Judge Robert H. Scott | |
| **Size:** | 1 pages (6k) | |
| **Date Received:** | **Date Filed:** | **Date Entered On Docket:** |
| 03/03/2006 | 03/03/2006 | null |
| **Court Digital Signature** | | |
| 3e 53 a4 99 62 71 22 c5 e3 fe 88 96 70 d4 a0 dc 0e 15 f6 99 38 a6 88 68 c5 88 86 47 d8 d2 32 e7 2a 26 7e e0 9f b1 05 2b be fd 15 8a 46 8c 5e 75 6a 39 46 a6 09 61 7f 01 14 d8 44 8d 5c 9c 37 1f 05 e1 3e 17 b7 c7 a8 14 17 75 aa 81 7b 8b 57 07 56 11 b3 91 47 6d 31 dd 3f e5 3b 96 e7 35 76 2c fa 47 ca 90 48 f6 a0 04 d7 ad 21 64 60 07 5b b8 c1 94 8c 19 eb 4b 7f f6 46 cf 7b 56 bb 32 17 8d | | |

**Digital Signature:** The Court's digital signature is a verifiable mathematical computation unique to this document and the Court's private encryption key. This signature assures that any change to the document can be detected.

**Verification:** This form is verification of the status of the document identified above as of March 03, 2006. If this form is attached to the document identified above, it serves as an endorsed copy of the document.

**Note:** Any date shown above is current as of the date of this verification. Users are urged to review the official court docket for a specific event to confirm information, such as entered on docket date for purposes of appeal.

Any element of information on this form, except for the digital signature and the received date, is subject to change as changes may be entered on the Court's official docket.

# CLERK'S MINUTES OF HEARING HONDO COURTROOM

HEARINGS BEFORE    **ROBERT H. SCOTT**, U. S. Magistrate Judge

KIND OF HEARING  **INITIAL PRESENTMENT**

**DEFENDANTS:**

**BENJAMEN LEYVA**
**IRBIN LUNA ORTIZ**          CASE NO.  **06-M-130**

DATE & TIME: **March 3, 2006 @ 10:16 AM**

**NAMES AND TITLES OF OTHER PARTICIPANTS:**

**JAMES TIERNEY**  AUSA        **PRO SE** Ret-CJA-AFPD

**Gina Bauman**  PTS/PROB    **Ruben Bustos** Interpreter

| TAPE NO. | SPEAKER | TAPE NO. | SPEAKER |
|----------|---------|----------|---------|

**FTR/HONDO**

**@ 11:16**        **Court**

**HEARING RESULTS/FINDINGS:**

**X**     Defendant sworn

**X**     Defendant advised of rights.

**X**     Attorney appointment hearing held.  Defendant wants/does not want court appointed attorney

**X**     Government moves to detain.

**X**     Defendant(s) remanded to custody

        Conditions of Release set at:

**X**     Other:  **FIRST APPEARANCE; Detention/Rule 40/Identity set for 3/6/06 at 9:00 am.**

**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

# United States District Court

RECEIVED

MAR - 3 2006

____MIDDLE____ DISTRICT OF ____ALABAMA____

2006 MAR -2 P 3:34

MATTHEW J. DYKMAN

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CLERK

UNITED STATES OF AMERICA

v.

BENJAMIN LEYVA and
IRBIN LUNA ORTIZ

**CRIMINAL COMPLAINT**

CASE NUMBER: _2:06 mj 24-DRB_

(Name and Address of Defendant)

## 06M130

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___February 28, 2006,___ in ___Montgomery___ County, in the ___Middle___ District of ___Alabama___ defendant(s) did, (Track Statutory Language of Offense)

unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away and hold for ransom and reward a person, and did willfully transport that person in interstate and foreign commerce,

in violation of Title ___18___ United States Code, Section___ 1201(a)(1),___

I further state that I am a(n) _Special Agent with the Federal Bureau of Investigation_ and that this complaint is based on the following facts:                     Official Title

See attached affidavit

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_Tyler McCann_
Signature of Complainant

Sworn to before me and subscribed in my presence,

__March 2, 2006__                           at   __Montgomery, Alabama__
Date                                              City and State

__DELORES R. BOYD, U.S. MAGISTRATE JUDGE__
Name & Title of Judicial Officer                 Signature of Judicial Officer

# MIDDLE DISTRICT OF ALABAMA

## MONTGOMERY, ALABAMA

### AFFIDAVIT

I, the undersigned affiant, being duly sworn and deposed, state the following is true and correct to the best of my knowledge and belief. My name is Tyler McCurdy and I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed for two years.

At 1:30 am on Wednesday, March 1, 2006, the FBI received notification of the extortionate kidnaping of F. P. L. that occurred in the evening of February 28, 2006. Agents from the FBI responded with the Montgomery Police Department.

The kidnaping was reported by Telesforo Perez Lopez (victim's brother) and his roommate, Alejandro Sales Hernandez. On or about February 18, 2006, Telesforo Lopez received a telephone call from F. P. L., who advised that he had arranged for transportation from Arizona to Montgomery, Alabama with a Latino male known as David. The fee was set at $2,200. On the evening of February 28, 2006, Hernandez (acting on behalf of Telesforo Lopez) arranged to meet David at a gas station in Montgomery, AL for payment and delivery of the victim. At 7:30 pm, Hernandez went to the gas station and made contact with David. David, a Hispanic male, was sitting in the passenger side of a grey Ford Windstar minivan, Arizona license plate number C7500. The driver of the van was another Hispanic male; F. P. L. was in the back of the van. David then demanded $3,000 from Hernandez (which was $800 more than previously agreed upon for the victim's transportation). Because Hernandez did not have the additional money, David and the other Hispanic male left the gas station with the victim. In subsequent telephone calls to the victim's brother, David demanded $6,000 to return the victim the next day. David then

1

1   stated that if he was not paid the $6,000, he would kill the victim.

2

3           On March 1, 2006, at approximately 2:30 p.m., Telesforo Lopez received a

4   telephone call from cellular telephone number (602)400-7838. F. P. L. came on the phone

5   and spoke to his brother in his native indigenous dialect. According to Lopez, F. P. L. was

6   crying and scared. Lopez then spoke with one of the kidnappers, who advised that they had

7   not hurt his brother and were not going to hurt him. The individual advised that he would

8   detain F. P. L. in Phoenix until he received a payment via Western Union, after which he

9   would bring F. P. L. back for an additional sum to be paid upon delivery. The individual

10  would not give Telesforo Lopez an exact amount that he would be required to pay.

11

12          On March 1, 2006, at approximately 4:24 p.m., Telesforo Lopez received a

13  call from cellular telephone number (602) 348-0154. The individual spoke with Lopez and

14  advised him that he should send the money via Western Union to Mexico and they would

15  return his brother the next day. The above telephone conversations were recorded, but have

16  not yet been officially translated.

17

18          On March 1, 2006, at approximately 7:30 p.m., central time, FBI

19  Albuquerque and the New Mexico Highway Patrol conducted a vehicle stop on a grey Ford

20  minivan bearing Arizona plate C7500 on Interstate 40, 80 miles west of Albuquerque, New

21  Mexico. The vehicle was occupied by three Hispanic males. One of the individuals

22  identified himself as F. P. L. The other two individuals identified themselves as Benjamin

23  Leyva, date of birth January 22, 1977, 5'7", 150 pounds, black hair brown eyes and Irbin

24  Luna Ortiz, date of birth October 9, 1980, 5'8", 138 pounds, black hair, brown eyes. A

25  search of the vehicle was conducted for officer safety and the following items were visible

26  in plain view: a map, a large stack of U.S. currency, calling cards, two cellular telephones,

27  and a black bag containing duct tape and scissors. The cellular telephones were found to be

28  assigned to telephone numbers 602-400-7838 and 602-348-0154. Both Leyva and Ortiz

2

1    were found with large amounts of U.S. currency in their shoes.

2

3              Photographs of the individuals were shown to Hernandez and Telesforo

4    Lopez. Hernandez positively identified one of the Hispanic males as the person he met at

5    the gas station. Lopez identified a photograph of one of the other individuals as his brother,

6    F. P. L.

7

8              F. P. L. was found to be extremely dirty and un-bathed. F. P. L. appeared

9    fearful of the other two individuals. After being interviewed, F. P. L. advised that he

10   crossed illegally into the United States approximately 15 days ago. F. P. L. arranged with

11   Leyva and Ortiz to take him to Montgomery for $2,200. Lopez and Leyva then took him

12   out of Montgomery and the State of Alabama against his will.

13

14

15                                        _____
                                           SA Tyler McCurdy
16                                         Special Agent
                                           Federal Bureau of Investigation
17                                         Montgomery, Alabama

18

19   Subscribed and sworn to before
     me this 2N day of March, 2006.
20

21

22

23                                         _____
                                           DELORES R. BOYD
                                           United States Magistrate Judge
24

25

26

27

28

                                    3

MAR-03-2006 10:51 USDC MIDDLE ALABAMA
Case 2:06-cr-00100-WHA-CSC   Document 6   Filed 03/10/2006   Page 24 of 27
Case 2:06-mj-00024-...RB *SEALED*   Document 3   Filed 03/02/2006   Page 1 of 1

# United States District Court

__MIDDLE__ _____ DISTRICT OF _____ __ALABAMA__ _____

UNITED STATES OF AMERICA

v.

IRBIN LUNA ORTIZ

## WARRANT FOR ARREST

CASE NUMBER: 2:06 mj 24-DRB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ __IRBIN LUNA ORTIZ__ _____
                                                                  Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐Indictment ☐Information ☒Complaint ☐Order of court ☐Violation Notice ☐Probation Violation Petition

charging him or her with (brief description of offense)

> unlawfully seizing, confining, inveigling, decoying, kidnapping, abducting, and carrying
> away and holding for ransom and reward a person, and did willfully transport that person in
> interstate and foreign commerce,

in violation of Title __18__ , United States Code, Section(s) __1201(a)(1)__ .

| | |
|---|---|
| DELORES R. BOYD | UNITED STATES MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* | 03/02/06   Montgomery, AL |
| Signature of Issuing Officer | Date and Location |

(By) Deputy Clerk

Bail fixed at $_____ by _____
                                        Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 5/81) Warrant for Arrest

MAR-03-2006 10:50 USDC MIDDLE ALABAMA
Case 2:06-cr-00100-WHA-CSC Document 6 Filed 03/10/2006 Page 25 of 27
Case 2:06-mj-00024-DRB *SEALED* Document 2 Filed 03/02/2006 Page 1 of 1

# *United States District Court*

_____ **MIDDLE** _____ **DISTRICT OF** _____ **ALABAMA** _____

UNITED STATES OF AMERICA

v.

BENJAMIN LEYVA

### WARRANT FOR ARREST

CASE NUMBER: 2: 06 mj 24-DRB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **BENJAMIN LEYVA** _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐Indictment ☐Information ☒Complaint ☐Order of court ☐Violation Notice ☐Probation Violation Petition

charging him or her with (brief description of offense)

unlawfully seizing, confining, inveigling, decoying, kidnapping, abducting, and carrying away and holding for ransom and reward a person, and did willfully transport that person in interstate and foreign commerce,

in violation of Title __18__ , United States Code, Section(s) __1201(a)(1)__ .

DELORES R. BOYD
Name of Issuing Officer

Signature of Issuing Officer

(By) Deputy Clerk

Bail fixed at $_____

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

03/02/06  Montgomery, AL
Date and Location

by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 5/81) Warrant for Arrest

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23

REV. 1 90

| IN UNITED STATES | ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below) |
|---|---|
| IN THE CASE OF | |

VS. _____

Leva

FOR

AT

**LOCATION NUMBER**

PERSON REPRESENTED (Show your full name)

| | |
|---|---|
| 1 ☐ Defendant—Adult | |
| 2 ☐ Defendant—Juvenile | |
| 3 ☐ Appellant | |
| 4 ☐ Probation Violator | |
| 5 ☐ Parole Violator | |
| 6 ☐ Habeas Petitioner | |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other (Specify) _____ | |

CHARGE/OFFENSE (describe if applicable & check box → )   ☑ Felony   ☐ Misdemeanor

**DOCKET NUMBERS**

Magistrate

District Court

Court of Appeals

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOY-MENT**

Are you now employed?  ☑ Yes  ☐ No  ☑ Am Self Employed

Name and address of employer: Landscap

IF YES, how much do you earn per month? $ 6 per Hour

IF NO, give month and year of last employment
How much did you earn per month $ _____

If married is your Spouse employed?  ☐ Yes  ☑ No

IF YES, how much does your Spouse earn per month $ 0

If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED $ 0

SOURCES _____

**CASH**

Have you any cash on hand or money in savings or checking account  ☑ Yes  ☐ No   IF YES, state total amount $ 300.00

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☐ No

IF YES, GIVE VALUE AND DESCRIBE IT

VALUE $ 0

DESCRIPTION _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

| MARITAL STATUS | | |
|---|---|---|
| ☑ SINGLE | Total No. of Dependents | List persons you actually support and your relationship to them |
| ☐ MARRIED | | wife |
| ☐ WIDOWED | 1 | |
| ☐ SEPARATED OR DIVORCED | | |

**DEBTS & MONTHLY BILLS**

(LIST ALL CREDITORS INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| traveling through. | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |

I certify the above to be correct.

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)

X Benjamin Leva

WARNING:  A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.

# FINANCIAL AFFIDAVIT

CJA 23

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

REV. 1 90

| | |
|---|---|
| IN UNITED STATES | ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below) |
| IN THE CASE OF | |

|  |  |
|---|---|
| _____ VS. _____ | FOR _____ |
| Ortiz | AT _____ |

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)

1 ☐ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)_____

CHARGE/OFFENSE (describe if applicable & check box → )   ☐ Felony
☐ Misdemeanor

DOCKET NUMBERS

Magistrate

District Court

Court of Appeals

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOY-MENT**

Are you now employed?  ☒ Yes  ☐ No  ☐ Am Self Employed

Name and address of employer: Landscp.

IF YES, how much do you
earn per month? $ 6.00 per

IF NO, give month and year of last employment
How much did you earn per month $_____

If married is your Spouse employed?  ☐ Yes  ☒ No

IF YES, how much does your
Spouse earn per month $ 0

If a minor under age 21, what is your Parents or
Guardian's approximate monthly income $_____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☐ No

IF YES, GIVE THE AMOUNT
RECEIVED & IDENTIFY  $
THE SOURCES

RECEIVED                    SOURCES

**CASH**

Have you any cash on hand or money in savings or checking account  ☐ Yes  ☐ No  IF YES, state total amount $ 2,500

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No

IF YES, GIVE VALUE AND $
DESCRIBE IT

VALUE                    DESCRIPTION

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☒ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total
No. of
Dependents

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |

I certify the above to be correct.

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)

► Irvin Luna Ortiz

WARNING:  A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.