**COURTROOM DEPUTY MINUTES**  
**MIDDLE DISTRICT OF ALABAMA**

DATE: 03/22/2006

DIGITAL RECORDING: 3:28 – 3:39 pm

- ✓ **INITIAL APPEARANCE**
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Delores Boyd  
DEPUTY CLERK: S. Q. Long, Jr.

CASE NO.: 2:06mj24-DRB: 02  
DEFT. NAME: Irbin Luna-ORTIZ (Last Name)

USA: Redmond  
ATTY: Blanchard  
Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; ( ) CDO; ( ) Stand In ONLY

USPTSO/USPO: _____

Defendant ✓ does ___ does NOT need an interpreter

Interpreter present ___ NO ✓ YES   NAME: Beverly Childress

- ☐ kars.    Date of Arrest _____ or ☐ karsr40
- ✓ kia.    Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ✓ kcnsl.  Deft. First Appearance with Counsel
- ☐        Deft. First Appearance without Counsel
- ✓        Requests appointed Counsel  ✓ ORAL MOTION for Appointment of Counsel
- ✓ kfinaff.  Financial Affidavit executed ☐ to be obtained by PTSO
- ✓ koappted  ORAL ORDER appointing Community Defender Organization - Notice to be filed.
- ☐ k20appt.  Panel Attorney Appointed; ☐ to be appointed – prepare voucher
- ☐        Deft. Advises he will retain counsel. Has retained _____
- ☐        Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐        Government's WRITTEN Motion for Detention Hrg. filed.
- ☐ kdmhrg.  Detention Hearing ☐ held; ☐ set for _____
- ☐ kotempdtn.  ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn.   ORDER OF DETENTION PENDING TRIAL entered
- ☐ kocondrls.  Release order entered. Deft. advised of conditions of release
- ☐ kbnd.    ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
-           ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ✓ kloc.(LC)  Bond NOT executed. Deft to remain in Marshal's custody
- ✓        Preliminary Hearing ✓ Set for 3-24-06 at 10:30 am
- ☐ ko.     Deft. ORDERED REMOVED to originating district
- ☐ kwvprl.  Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐        Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- ☐ karr.   ARRAIGNMENT SET FOR: _____ ☐ HELD. Plea of NOT GUILTY entered.
-           ☐ Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
-           DISCOVERY DISCLOSURES DATE: _____
- ☐ krmknn.  NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.  Identity/Removal Hearing set for _____
- ☐ kwvspt   Waiver of Speedy Trial Act Rights Executed