IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
APR - 5 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 2:06CR100-WHA |
| ) | [18 USC 1201(a)(1)] |
| BENJAMIN LEYVA and   ) | |
| IRBIN LUNA-ORTIZ   ) | |
| ) | INDICTMENT |

The Grand Jury charges:

### COUNT 1

On or about February 28, 2006, in Montgomery, Alabama, in the Middle District of Alabama, the defendants,

**BENJAMIN LEYVA and
IRBIN LUNA-ORTIZ,**

knowingly and willfully seized, confined, inveigled, and kidnapped a person, Florencio Lopez, and held him for ransom, reward and other benefit which they intended to derive from the kidnapping, and while he was so confined and kidnapped, he was transported in interstate commerce in violation of Title 18, United States Code, Section 1201(a)(1).

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature]*
Susan R. Redmond
Assistant United States Attorney