IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:06cr100-WHA |
| | ) | |
| IRBIN LUNA-ORITZ | ) | |

## ORDER TO PRODUCE PRISONER
## FOR ARRAIGNMENT

TO:    United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for April 19, 2006 in the above-styled case.

You are DIRECTED to produce the following named prisoner: IRBIN LUNA-ORITZ before the United States District Court at 4B Courtroom, on the 19th day of April, 2006, at 10:00 a.m.

DONE, this the 6th day of April, 2006.

CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE

By: _____
Deputy Clerk

cc:   IRBIN LUNA-ORTIZ
      Kevin L. Butler
      United States Attorney
      United States Pretrial Services
      United States Probation Office