# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

**DATE:** __April 17, 2006__

**DIGITAL RECORDING:** 12:03 – 12:18

- ✓ **INITIAL APPEARANCE**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (R.40)**
- ✓ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

PRESIDING MAG. JUDGE <u>CHARLES S. COODY</u>         DEPUTY CLERK: <u>WANDA STINSON</u>

CASE NO. __2:06cr100-WHA-CSC__         DEFT. NAME: <u>IRBIN LUNA-ORTIZ</u>

USA: __SUSAN REDMON__         ATTY: __WILLIAM R. BLANCHARD, JR.__

USPTSO/USPO: _Tamara Martin_     Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; (✓) CDO ;

Defendant ___✓___ does _____ does NOT need an interpreter; NAME _Beverly Childers_

- ☐ Kars.        Date of Arrest _____ or   ☐ karsr40
- ✓ kia.        Deft. First Appearance. Advised of rights/charges.   ☐Pro/Sup Rel Violator
- ☐ Finaff.     Financial Affidavit executed ☐ to be obtained by PTS;  ☐ **ORAL** Motion for Appt. Of Counsel.
- ☐ koappted   **ORAL ORDER** appointing Federal Defender  -  **Notice to be filed.**
- ☐20appt.     Panel Attorney Appointed;   ☐ to be appointed - prepare voucher
- ☐           Deft. Advises he will retain counsel.  Has retained _____
- ☐           Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion;
- ☐           Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐           **DETENTION HRG** ☐ held; ☐ set for_____; ☐ **Prelim. Hrg** ☐ Set for_____
- ☐ kotempdtn.  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐kodtn.      **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.  Release order entered. ☐ Deft. advised of conditions of release.
- ☐kbnd.       ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
-             ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC)    Bond **NOT** executed.  Deft to remain in Marshal's custody
- ☐ ko.        Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.    Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐           Court finds **PROBABLE CAUSE.**  Defendant bound over to the Grand Jury.
- ☑ Karr.      **ARRAIGNMENT SET FOR:**_____   ☑ **HELD.** Plea of **NOT GUILTY** entered.
-             ☑ Trial Term _10_ | _16_ | _06_ ;   ☐ **PRETRIAL CONFERENCE DATE:** _____
-             ☑ **DISCOVERY DISCLOSURES DATE:** _4_|_17_|_06_
- ☐ Krmknn.    **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.   Identity/Removal Hearing set for _____
- ☑ Kwvspt     **Waiver of Speedy Trial Act Rights Executed.**