IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | CR. No. 2:06CR100-WHA |
| ) | |
| ) | |
| BENJAMIN LEVYA and ) | |
| IRBIN LUNA ORTIZ ) | |

## MOTION TO AMEND INDICTMENT TO CORRECT MISSPELLING OF DEFENDANT'S NAME

Defendant, **IRVIN LUNA ORTIZ,** moves to amend the indictment so that his name is spelled correctly. In support of this motion, Defendant would show to the Court as follows:

1. This indictment names the Defendant as "Irbin Luna-Ortiz", whereas in fact, the 3rd letter of the Defendant's first name is "V" instead of "B".

2. It appears likely that many pleadings will be filed in these proceedings, some of which may require the signature of this Defendant, and all of which will refer to his name. In the interest of orderly procedure, Defendant requests the Court to enter an order correcting the spelling of his name in the indictment.

**RESPECTFULLY** submitted this 18th day of April 2006.

                                                s/ William R. Blanchard
                                                WILLIAM R. BLANCHARD
                                                Attorney for Irvin Luna Ortiz

**BLANCHARD LAW OFFICES**
**505 South Perry Street**
**Post Office Box 746**
**Montgomery, Alabama 36101-0746**
**(334) 269-9691**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | CR. No. 2:06CR100-WHA |
| ) | |
| ) | |
| BENJAMIN LEVYA and ) | |
| IRBIN LUNA ORTIZ ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA Susan R. Redmond, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

Respectfully submitted,

s/ William R. Blanchard
BLANCHARD LAW OFFICES
505 South Perry Street
Post Office Box 746
Montgomery, Alabama 36101-0746
Office: (334) 269-9691
Fax: (334) 263-4766
(BLA029)