IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| vs. | )   CR. No. 2:06CR100-WHA |
| | ) |
| | ) |
| BENJAMIN LEVYA and | ) |
| IRBIN LUNA ORTIZ | ) |

### APPLICATION FOR INTERPRETER SERVICES

**REQUEST** is hereby made on behalf of **IRVIN LUNA ORTIZ** to allow the payment of interpreter fees in excess of the $300.00 guideline.

Such request is based upon the Declaration of William R. Blanchard, counsel appointed for **IRVIN LUNA ORTIZ** and all pleadings in the matter herein.

### DECLARATION OF COUNSEL

I, William R. Blanchard, do hereby declare as follows:

1. I am the attorney of record in the matter herein, appointed to represent **IRVIN LUNA ORTIZ**;

2. In the course of preparing for the defense and trial of this matter, I have enlisted the services of Beverly Childress, an interpreter;

3. **IRVIN LUNA ORTIZ** is of Hispanic descent, and speaks little or no English. Likewise, undersigned counsel for the Defendant is not proficient enough in Spanish to converse and communicate effectively with the Defendant.

4. Beverly Childress is a certified Spanish language interpreter with extensive court experience.

5. **IRVIN LUNA ORTIZ** is charged with kidnapping, an offense which could result in a life sentence, should he be convicted.

6. The undersigned defense counsel anticipates that it will be necessary to spend substantial time interviewing and communicating with **IRVIN LUNA ORTIZ,** and very likely with witnesses who do not speak English.

7. At the current CJA rate, the $300.00 limit will not permit sufficient use of the interpreter to assure that the undersigned is able to competently and professionally discharge his duties in the case;

8. Based upon the above, counsel requests fees up to $1,000.00 for interpreter services.

I declare under penalty of perjury, under the laws of the State of Alabama, that the foregoing is true and correct.

**RESPECTFULLY** submitted this 18th day of April 2006.

                                              s/ William R. Blanchard
                                              WILLIAM R. BLANCHARD
                                              Attorney for Irvin Luna Ortiz

**BLANCHARD LAW OFFICES**
**505 South Perry Street**
**Post Office Box 746**
**Montgomery, Alabama 36101-0746**
**(334) 269-9691**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs.                          ) | CR. No. 2:06CR100-WHA |
| ) | |
| ) | |
| BENJAMIN LEVYA and   ) | |
| IRVIN LUNA ORTIZ        ) | |

CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA Susan R. Redmond, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

Respectfully submitted,

s/ William R. Blanchard
BLANCHARD LAW OFFICES
505 South Perry Street
Post Office Box 746
Montgomery, Alabama 36101-0746
Office: (334) 269-9691
Fax:    (334) 263-4766
(BLA029)