IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06CR100-WHA |
| | ) | |
| IRVIN LUNA ORTIZ | ) | |

**<u>ORDER</u>**

Upon consideration of the motion for interpreter services (doc. # 32) filed by the defendant, it is

ORDERED that pursuant to 18 U.S.C. § 3006A(e) the motion be and is hereby GRANTED. As requested in the motion, compensation to be paid to an interpreter for services rendered shall not exceed $1,000.00, exclusive of reimbursement for expenses reasonably incurred.

Done this 25th day of April, 2006.

                                        /s/Charles S. Coody
                                      CHARLES S. COODY
                                      CHIEF UNITED STATES MAGISTRATE JUDGE