IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr100-WHA |
| | ) | |
| IRBIN LUNA-ORTIZ | ) | |

## **ORDER**

For good cause, it is

ORDERED that the pretrial conference presently set for August 18, 2006, be and is hereby RESET to **August 16, 2006, at 1:00 p.m.** in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama. Counsel who want in-custody defendants to attend must notify the Magistrate Judge within three days of the conference date so that an order to produce can be issued to the United States Marshal. It is further

ORDERED that all applicable deadlines contained in the prior arraignment order be and are hereby adjusted accordingly, **including the deadline for filing dispositive motions.**

Done this 24th day of July, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE