IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | CR. No. 2:06CR100-WHA |
| ) | |
| ) | |
| BENJAMIN LEVYA and ) | |
| IRVIN LUNA ORTIZ ) | |

**UNOPPOSED MOTION TO CONTINUE PRETRIAL CONFERENCE**

**COMES NOW** counsel of record for the Defendant, **IRVIN LUNA ORTIZ,** and shows to this Honorable Court as follows:

1. The initial Pretrial Conference in this case was scheduled for August 18, 2006 at 1:00 p.m. On July 24, 2006, this Honorable Court unexpectedly re-set the date of the pretrial conference for August 16, 2006.

2. Counsel for the Defendant is scheduled to appear in the Lee County District Court in Opelika, Alabama, on August 16, 2006 for a preliminary hearing in a drug trafficking case, and is uncertain of the length of time he will be in Lee County that day.

3. Counsel for the Defendant conferred with the Honorable Susan Redmond of the United States Attorney's Office, and has been advised that the Government will not object to a continuance of the pretrial conference.

**WHEREFORE**, the undersigned moves that the Defendant's initial pretrial conference be continued to avoid the aforementioned scheduling conflict.

**RESPECTFULLY SUBMITTED** this 25th day of July 2006.

                                                s/ William R. Blanchard
                                               WILLIAM R. BLANCHARD
                                               Attorney for Irvin Luna Ortiz
                                               **BLANCHARD LAW OFFICES**
                                               **505 South Perry Street**
                                               **Post Office Box 746**
                                               **Montgomery, Alabama 36101-0746**
                                               **Office: (334) 269-9691**
                                               **Fax:    (334) 263-4766**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR. No. 2:06CR100-WHA |
| | ) | |
| | ) | |
| BENJAMIN LEVYA and | ) | |
| IRVIN LUNA ORTIZ | ) | |

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA Susan R. Redmond, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

     Respectfully submitted,

     s/ William R. Blanchard
     BLANCHARD LAW OFFICES
     505 South Perry Street
     Post Office Box 746
     Montgomery, Alabama 36101-0746
     Office: (334) 269-9691
     Fax:   (334) 263-4766
     (BLA029)