| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE: AUGUST 14, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDED: 3:28 p.m. to 3:29 p.m. |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY     **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:06CR100-WHA-CSC     **DEFENDANT NAME:** ORVIN LUNA ORTIZ

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY. KARL DAVID COOKE, JR. | ATTY. WILLIAM BLANCHARD |

√  **DISCOVERY STATUS:** Have one remaining discovery issue to resolve re: Request for certified translation of phone calls.

√  **PENDING MOTION STATUS:** None.

√  **PLEA STATUS:** Possible Plea.

☐  **TRIAL STATUS:**

√  **REMARKS:** Parties advised to work out plea negotiations.