IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:06-CR-100-WHA |
| | ) | |
| IRVIN LUNA ORTIZ | ) | |

PETITION FOR ORDER DIRECTING THE UNITED STATES
MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Irvin Luna Ortiz, into the custody of John Drew, FBI, from August 21, 2006, through November 21, 2006, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. We further move the Court to enter an order directing John Drew, FBI, to return said prisoner into the custody of the United States Marshals Service when he has finished with him.

Respectfully submitted this the 18th day of August, 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:06-CR-100-WHA |
| | ) | |
| IRVIN LUNA ORTIZ | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: William Blanchard.

                                                LEURA GARRETT CANARY
                                                UNITED STATES ATTORNEY

                                                /s/ Susan R. Redmond
                                                SUSAN R. REDMOND
                                                Assistant United States Attorney
                                                One Court Square, Suite 201
                                                Montgomery, Alabama 36104
                                                Telephone: (334) 223-7280
                                                Fax: (334) 223-7135
                                                susan.redmond@usdoj.gov