IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | CR. No. 2:06CR100-WHA |
| ) | |
| ) | |
| BENJAMIN LEVYA and ) | |
| IRVIN LUNA ORTIZ ) | |

## MOTION TO CONTINUE AND EXTEND PLEA DEADLINE

**COMES NOW** the Defendant, **IRVIN LUNA ORTIZ,** by and through counsel of record, and moves that this case be continued and the plea deadline extended for the following reasons:

1. The parties have been negotiating and working toward a settlement of this matter, but no firm written agreement has yet been reached. Plea negotiations have been complicated and extended because the Defendant does not speak English, and requires the aid of an interpreter for all conferences and discussions about the case. Counsel for the defense and counsel for the Government have been unable to coordinate a meeting during the last week. It is certainly possible that this case may yet be resolved through a plea agreement, but it cannot be consummated prior to this Court's deadline of noon on October 12, 2006.

2. Discovery is not yet complete in this case. In the initial discovery packet, undersigned counsel for the Defendant was provided with audiocassette recordings of two telephone conversations between a relative of the alleged kidnapping victim and one or more of the alleged kidnappers, which conversations took place during the course of the alleged

kidnapping and are supposed to contain evidence of threats and ransom demands. The voices on the tapes speak in a mixture of Spanish and some unknown indigenous Guatemalan dialect. The Government has previously indicated an intent to have the recordings translated and provide copies of the translations to defense counsel for Mr. Luna, but no translations of the tapes have yet been provided. Defense counsel has attempted to have the tapes independently translated by the Spanish interpreter, but she lacks sufficient experience with the Guatemalan dialect to reliably interpret all aspects of the conversations.

3. Undersigned counsel for the Defendant Luna has attempted to contact counsel for the Government by telephone and obtain her agreement and consent to the continuance sought in this motion, but was informed that she will be in sentencing hearings and unavailable to confer about the case this morning. A message describing this motion and the fact that it would be filed before noon today was left with her secretary or assistant.

**WHEREFORE**, Defendant Irvin Luna Ortiz moves for a continuance of this case and an extension of the plea bargaining deadline.

**RESPECTFULLY SUBMITTED** this 12th day of October 2006.

    s/ William R. Blanchard
    WILLIAM R. BLANCHARD
    Attorney for Irvin Luna Ortiz
    **BLANCHARD LAW OFFICES**
    **505 South Perry Street**
    **Post Office Box 746**
    **Montgomery, Alabama 36101-0746**
    **Office: (334) 269-9691**
    **Fax:    (334) 263-4766**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR. No. 2:06CR100-WHA |
| | ) | |
| | ) | |
| **BENJAMIN LEVYA and** | ) | |
| **IRVIN LUNA ORTIZ** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA Susan R. Redmond, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

    Respectfully submitted,

    s/ William R. Blanchard
    BLANCHARD LAW OFFICES
    505 South Perry Street
    Post Office Box 746
    Montgomery, Alabama 36101-0746
    Office: (334) 269-9691
    Fax:    (334) 263-4766
    (BLA029)