IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 2:06cr100-WHA |
| IRVIN LUNA ORTIZ | ) | |

**ORDER**

This case is before the court on the Motion to Continue and Extend Plea Deadline (Doc. #50), filed by the Defendant Ortiz on October 12, 2006.  For the reason that the defense is in need of additional time for discovery to be completed and adequate preparation done for defense or plea, the court finds that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial.  Therefore, the motion is GRANTED, and it is hereby ORDERED as follows:

1. The trial of this case is CONTINUED from the term of court commencing October 24, 2006, and RESET for the term of court commencing January 8, 2007.

2. The Magistrate Judge is requested to enter an order extending any deadlines deemed appropriate.

DONE this 12th day of October, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE