IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 2:06cr100-WHA |
| | ) | [8 USC 1342(a)(1)(A)(ii); |
| v. | ) | 8 USC 1326(a)] |
| | ) | |
| BENJAMIN LEYVA | ) | |
| aka JAVIER AQUINO-VAZQUEZ | ) | INFORMATION |
| and IRVIN LUNA-ORTIZ | ) | |

RECEIVED 2006 DEC 15 P 2: 39

The United States Attorney charges:

COUNT 1

On or about February 28, 2006, in Montgomery, Alabama, in the Middle District of Alabama, the defendants,

BENJAMIN LEYVA
aka JAVIER AQUINO-VAZQUEZ
and IRVIN LUNA-ORTIZ,

knowing and in reckless disregard of the fact that an alien, to-wit: Florencio Lopez, had come to, entered, and remained in the United States in violation of law, transported, moved, and attempted to transport and move said alien within the United States, by means of transportation and otherwise, to-wit: by motor vehicle, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (B)(i).

## COUNT 2

On or about February 28, 2006, in Montgomery County, Alabama, within the Middle District of Alabama, the defendant,

**BENJAMIN LEYVA**
**aka JAVIER AQUINO-VAZQUEZ,**

being an alien, did knowingly re-enter and was found in the United States after having been deported, without obtaining the permission of the Secretary of Homeland Security or the Attorney General of the United States, in violation of Title 8, United States Code, Section 1326(a).

*/s/ Leura␣G. Canary*
LEURA G. CANARY
UNITED STATES ATTORNEY