| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE: DECEMBER 15, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDED: 1:25 - 1:27 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY    **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:06CR100-WHA-CSC    **DEFENDANT NAME:** BENJAMIN LEYVA, IRVIN L. ORTIZ

### APPEARANCES

| GOVERNMENT | DEFENDANT COUNSEL |
|---|---|
| ATTY. SUSAN REDMOND | ATTY. KEVIN BUTLER (Leyva) |
| | ATTY. WILLIAM BLANCHARD (Ortiz) |

√ **DISCOVERY STATUS:** Complete.

√ **PENDING MOTION STATUS:** None.

☑ **PLEA STATUS:** Possible plea.

☑ **TRIAL STATUS:** Want to file Felony Informations. 3-4 days for trial.

☐ **REMARKS:**