IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs.                      ) | CR. No. 2:06cr100-WHA |
| ) | |
| ) | |
| BENJAMIN LEVYA and       ) | |
| IRVIN LUNA ORTIZ         ) | |

### NOTICE OF INTENT TO PLEAD GUILTY TO INFORMATION

**COMES NOW** IRVIN LUNA-ORTIZ, by and through counsel of record, and gives notice of his intent to plead guilty to the information filed by the United States on December 15, 2006.

**RESPECTFULLY SUBMITTED** this 19th day of December 2006.

s/ William R. Blanchard
WILLIAM R. BLANCHARD
Attorney for Irvin Luna-Ortiz
**BLANCHARD LAW OFFICES**
**505 South Perry Street**
**Post Office Box 746**
**Montgomery, Alabama 36101-0746**
**Office: (334) 269-9691**
**Fax:    (334) 263-4766**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | CR. No. 2:06cr100-WHA |
| ) | |
| ) | |
| BENJAMIN LEVYA and ) | |
| IRVIN LUNA ORTIZ ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA Susan R. Redmond, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

    Respectfully submitted,

    s/ William R. Blanchard
    BLANCHARD LAW OFFICES
    505 South Perry Street
    Post Office Box 746
    Montgomery, Alabama 36101-0746
    Office: (334) 269-9691
    Fax:    (334) 263-4766
    (BLA029)