AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

v.

IRVIN LUNA-ORTIZ

**WAIVER OF INDICTMENT**

Case Number:  2:06-cr-100-WHA

I, IRVIN LUNA-ORTIZ, the above named defendant, who is accused of violation of Title 8, United States Code, Section 1342(a)(1)(A)(ii), and being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on

December 27, 2006 prosecution by indictment and consent that the proceeding may be by
DATE
information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer