| COURTROOM DEPUTY MINUTES | DATE: DECEMBER 27 2006 | FTR RECORDING: 9:04 - 9:35 |
|---|---|---|
| MIDDLE DISTRICT OF ALABAMA | COURT REPORTER: Mitchell Reisner | |

❏ ARRAIGNMENT   ✓ CHANGE OF PLEA   ❏ CONSENT PLEA

❏ RULE 44(c) HEARING   ❏ SENTENCING

| PRESIDING MAG. JUDGE: CHARLES S. COODY | DEPUTY CLERK: WANDA STINSON |
|---|---|
| CASE NUMBER: 2:06CR100-WHA-CSC | DEFENDANT NAME: IRVIN LUNA ORTIZ |
| AUSA: ~~SUSAN REDMOND~~ Andrew Schiff | DEFENDANT ATTY: WILLIAM BLANCHARD |
| | Type Counsel: ( ) Waived; ( ) Retained; (✓) Panel CJA; ( ) CDO |
| USPTS/USPO: | |
| Defendant ✓ does ___ does NOT need and interpreter. Name: BEVERLY CHILDRESS | |

❏ This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)

❏ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

❏ **ORAL ORDER** Appointing ❏ FPD or ❏ CJA Panel. Notice of Appearance to be filed.

❏ **WAIVER OF INDICTMENT** executed and filed.

❏ **FELONY INFORMATION** filed.

❏ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ❏ Not Guilty   ❏ Nol Contendere   ❏ Not Guilty by reason of insanity

✓ Guilty as to:   ✓ Count(s) 1   of the ~~Indictment~~ Felony Information

❏ Count(s) _____   ❏ dismissed on oral motion of USA;

❏ To be dismissed at sentencing.

✓ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

❏ No Plea Agreement entered   ✓ Written plea agreement filed.   ❏ **ORDERED SEALED.**

✓ **ORAL ORDER** Adjudicating defendant guilty.

❏ **ORDER:** Defendant Continued   ❏ Same Conditions/Bond imposed by Mag. Judge;

❏ Released on Bond & Conditions of Release for:   ❏ Trial on _____;

❏ Sentencing on _____;   ❏ to be set by Separate Order

✓ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Trial on _____; or ✓ Sentencing on _____   ✓ Set by separate Order.