IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR. No. 2:06cr100-WHA |
| | ) | |
| | ) | |
| BENJAMIN LEVYA and | ) | |
| IRVIN LUNA ORTIZ | ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

**COMES NOW** IRVIN LUNA-ORTIZ, by and through counsel of record, and moves the Court to continue the Defendant's sentencing date, and for grounds states as follows:

1. The Defendant is scheduled to appear before this Honorable Court for sentencing on March 22, 2007 at 10:00 a.m.

2. Counsel for the Defendant has a scheduling conflict in that he is also scheduled to appear that same day in the Montgomery County Circuit Court at 9:00 a.m. for final hearing of domestic relations case number DR-2005-1035, which has been pending final hearing since June 2006. Said case will require the equitable division of large sums of financial assets, multiple real properties, alimony, and child support. Consequently, the circuit court has allotted one full day or more to hear said domestic relations matter.

3. Said domestic relations matter was re-set for final hearing one month prior to this Court's rescheduling of the instant case on its own motion.

4. Counsel for the Defendant conferred with AUSA Susan Redmond and has been advised that the Government will not object to continuing of the sentencing hearing.

5. This request is made in good faith for the purpose indicated, and not for the purpose of delay.

**WHEREFORE**, the undersigned moves that the Defendant's sentencing hearing be continued to avoid the aforementioned scheduling conflict.

**RESPECTFULLY SUBMITTED** this 13th day of March 2007.

> s/ William R. Blanchard
> WILLIAM R. BLANCHARD
> Attorney for Irvin Luna-Ortiz
> **BLANCHARD LAW OFFICES**
> **505 South Perry Street**
> **Post Office Box 746**
> **Montgomery, Alabama 36101-0746**
> **Office: (334) 269-9691**
> **Fax:    (334) 263-4766**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| vs. | ) | **CR. No. 2:06cr100-WHA** |
| | ) | |
| | ) | |
| **BENJAMIN LEVYA and** | ) | |
| **IRVIN LUNA ORTIZ** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA Susan R. Redmond, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

    Respectfully submitted,

    s/ William R. Blanchard
    BLANCHARD LAW OFFICES
    505 South Perry Street
    Post Office Box 746
    Montgomery, Alabama 36101-0746
    Office: (334) 269-9691
    Fax:   (334) 263-4766
    (BLA029)