IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:06cr100-WHA |
| IRVIN LUNA ORTIZ ) | |

**ORDER**

Upon consideration of the Unopposed Motion to Continue Sentencing (Doc. #79), filed by the Defendant, Irvin Luna-Ortiz, and for good cause shown, it is hereby

ORDERED that sentencing of Irvin Luna-Ortiz is CONTINUED from March 22, 2007, and RESET for Wednesday, March 28, 2007, at 3:00 p.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 14th day of March, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE