IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-100-WHA |
| | ) | |
| IRVIN LUNA-ORTIZ | ) | |

## MOTION FOR DOWNWARD DEPARTURE

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to the United States Sentencing Commission, Guidelines Manual, Section 5K1.1, respectfully requests this Honorable Court to downwardly depart one (1) level, in the sentence that would otherwise be imposed on Defendant Irvin Luna-Ortiz, and as reasons therefore, submits the following:

Defendant Irvin Luna-Ortiz provided information to the United States in his own case and that of the co-defendant which aided the United States in the investigation and proper charging of this case.

Wherefore, premises considered, the United States moves this Honorable Court for a downward departure from the calculated guideline range. This motion seeks a departure of one (1) level.

Respectfully submitted this the 15th day of March, 2007.

> LEURA G. CANARY
> UNITED STATES ATTORNEY
>
> /s/ Susan R. Redmond
> SUSAN R. REDMOND
> Assistant United States Attorney
> One Court Square, Suite 201
> Montgomery, Alabama 36104
> Telephone: (334) 223-7280   Fax: (334) 223-7135
> susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06-cr-100-WHA |
| ) | |
| IRVIN LUNA-ORTIZ ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on March 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: William Blanchard.

                              Respectfully submitted,

                              LEURA G. CANARY
                              UNITED STATES ATTORNEY

                              /s/ Susan R. Redmond
                              SUSAN R. REDMOND
                              Assistant United States Attorney
                              One Court Square, Suite 201
                              Montgomery, Alabama 36104
                              Telephone: (334) 223-7280
                              Fax: (334) 223-7135
                              susan.redmond@usdoj.gov